UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 05-C-0859

APPROXIMATELY $16,000.00 IN
UNITED STATES CURRENCY, AND
APPROXIMATELY $2,873.00 IN
UNITED STATES CURRENCY,

    Defendants.

## JUDGMENT OF FORFEITURE

**THIS CAUSE** having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. On behalf of the claimant, Robert Ellison, the United States shall return to the Wisconsin Support Collections Trust Fund ("WISCTF"), P.O. Box 74200, Milwaukee, Wisconsin 53274-0200, $2,500.00 from the defendant property, approximately $2,873.00 in United States currency.

2. All right, title and interest in the remaining defendant properties, approximately $16,000.00 in United States currency and approximately $373.00 in United States currency from the approximately $2,873.00 in United States currency, is forfeited to the United States of America.

3. The United States Marshal shall deposit the approximately $16,000.00 in United States currency and the approximately $373.00 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this 13th day of December, 2005.

                                                  s/ Rudolph T. Randa
                                                  HON. RUDOLPH T. RANDA
                                                  Chief Judge

Judgment entered this 13th day of December, 2005.

    SOFRON B. NEDILSKY
    Clerk of Court

By:
    s/ Linda M. Zik
    Deputy Clerk